UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Sidney Frederick**　　　　　　　　　　**Docket No. 5:10-CR-145-1D**

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Sidney Frederick, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 08, 2011, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Sidney Frederick was released from custody on June 12, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was arrested by Cary Police Department and charged with Driving While Impaired on July 2, 2016. We are respectfully recommending to add the condition of community service to address the behavior and assist in the deterrence of any future criminal conduct. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: August 10, 2016 |

William Sidney Frederick
Docket No. 5:10-CR-145-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __10__ day of __August__, 2016, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge