UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William Sidney Frederick                    Docket No. 5:10-CR-145-1D

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Sidney Frederick, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine., was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 8, 2011, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Sidney Frederick was released from custody on June 12, 2015, at which time the term of supervised release commenced.

On August 10, 2015, a Petition for Action on Supervised Release was submitted the court in response to the defendant being arrested for Driving While Impaired. The court agreed with the probation officer's recommendation that the conditions of supervision be modified to include 24 hours of community service. This case was ultimately dismissed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 9, 2018, the defendant was arrested and charged with Driving While Impaired (18CR210611), in Wake County, North Carolina. This case is pending in state court. In response to this new criminal conduct, the defendant will be required to submit to a substance abuse assessment and abide by the recommendation of treatment. The probation office recommends that the defendant's supervision be modified to include 50 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 50 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: June 12, 2018 |

William Sidney Frederick
Docket No. 5:10-CR-145-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge